B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT<br>Northern District of Illinois | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Calumet Logistics, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>27-3533146 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>900 W. Bliss St.<br>Chicago, IL<br>ZIP CODE 60642 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☑ Chapter 7   ☐ Chapter 15 Petition for<br>☐ Chapter 9        Recognition of a Foreign<br>☐ Chapter 11      Main Proceeding<br>☐ Chapter 12   ☐ Chapter 15 Petition for<br>☐ Chapter 13      Recognition of a Foreign<br>                        Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable.) | Nature of Debts<br>(Check one box.) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☑ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☑ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☑ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1) (04/13)

Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Calumet Logistics, LLC |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location<br>Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor:<br>See Annex A | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐   Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)      (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☐   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)

Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | Calumet Logistics, LLC |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

   _____
   Telephone Number (if not represented by attorney)

   _____
   Date

Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   (Signature of Foreign Representative)

   _____
   (Printed Name of Foreign Representative)

   _____
   Date

**Signature of Attorney***

X _~~Mark A. Berkoff~~_ (signature)
Signature of Attorney for Debtor(s)
   Mark A. Berkoff
Printed Name of Attorney for Debtor(s)
   Neal, Gerber & Eisenberg LLP
Firm Name

   Two North LaSalle Street, Suite 1700
   Chicago, IL 60602
Address
   (312) 269-8000
Telephone Number
   March 12, 2014
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
   Signature

   _____
   Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _(signature)_
Signature of Authorized Individual
   Gabriel Garcia
Printed Name of Authorized Individual
   President and CEO
Title of Authorized Individual
   March 12, 2014
Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

## ANNEX A – AFFILIATED DEBTORS

On the date hereof, the following affiliated entities, including the Debtor, filed petitions for relief under chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois:

1.  Calumet International Inc.

2.  Calumet Photographic, Inc.

3.  Calumetphoto.com, LLC

4.  Calumet Logistics, LLC

5.  Fidelity Manufacturing Co.

6.  Zone VI Studios, Inc.

## WRITTEN CONSENT OF THE SOLE MEMBER OF
## CALUMET LOGISTICS, LLC
### (a Delaware limited liability company)

The undersigned, constituting the sole member (the "Member") of **CALUMET LOGISTICS, LLC** (the "Company"), a Delaware limited liability company, pursuant to Section 5 of the Limited Liability Company Operating Agreement of the Company, hereby adopts and approves the following resolutions and actions:

**IT IS RESOLVED**, that in the judgment of the Member, it is desirable and in the best interests of the Company, its creditors, member, employees, and other interested parties that a petition be filed by the Company seeking relief under the provisions of Chapter 7, Title 11 of the United States Code (the "Bankruptcy Code"); and

**FURTHER RESOLVED**, that the President, Chief Executive Officer, Vice President, Chief Financial Officer, Secretary, and/or the Treasurer (each an "Authorized Officer" and together, the "Authorized Officers"), or any individual duly appointed by any Authorized Officer, are, and each of them is, hereby authorized and empowered on behalf of and in the name of the Company to execute and verify or certify a petition under Chapter 7 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Northern District of Illinois (the "Bankruptcy Court") at such time as such Authorized Officer executing the same shall determine and in such form or forms as such Authorized Officer may approve; and

**FURTHER RESOLVED**, that the law firm of Neal, Gerber & Eisenberg LLP, Two North LaSalle Street, Suite 1700, Chicago, Illinois 60602, be, and hereby is, retained and employed as attorneys for the Company in connection with the prosecution of the Company's case under Chapter 7 of the Bankruptcy Code; and

**FURTHER RESOLVED**, that Silverman Consulting, 5750 Old Orchard Road, Suite 520, Skokie, Illinois 60077, be, and hereby is, retained and employed as a financial advisor for the Company in connection with the Chapter 7 case and any other related matters in connection therewith on such terms as any Authorized Officer shall approve; and

**FURTHER RESOLVED**, that each of the Authorized Officers be, and each of them hereby is, authorized to execute and file any and all petitions, schedules, motions, lists, applications, pleadings, and other papers, and to take any and all further actions which the Authorized Officers or the Company's legal counsel may deem necessary or appropriate to file the voluntary petition for relief under Chapter 7 of the Bankruptcy Code, and to take and perform any and all further acts and deeds which they deem necessary, proper or desirable in connection with the Chapter 7 case; and

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized to employ and retain legal counsel, financial advisors, accountants and other

professionals, as necessary, to advise the Company in connection with its case under Chapter 7 of the Bankruptcy Code; and

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized and directed on behalf of the Company to take such actions to make, sign, execute, act and deliver (and record in the relevant office of the secretary of state or the county clerk, if necessary) any and all such agreements listed above (including exhibits thereto), including any and all affidavits, orders, directions, certificates, requests, receipts, financing statements, or other instruments as may reasonably be required to give effect to this unanimous written consent action, and to execute and deliver such agreements (including exhibits thereto) and related documents, and to fully perform the terms and provisions thereof; and

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized and directed on behalf of the Company to take such actions and to make, sign, execute, acknowledge and deliver all such additional documents, agreements and certificates as may be reasonably required to give effect to the consummation of the transactions contemplated by this unanimous written consent action, and to execute and deliver such documents, agreements and certificates, and to fully perform the terms and provisions thereof; and

**FURTHER RESOLVED**, that to the extent that any of the actions authorized by any of the foregoing resolutions have been taken by the Authorized Officers of the Company on its behalf, such actions are hereby ratified and confirmed in their entirety.

*[signature page follows]*

**IN WITNESS WHEREOF**, the undersigned has executed this Written Consent of the Sole Member of Calumet Logistics, LLC as of the  12th  day of March, 2014.

SOLE MEMBER:

**Calumet Photographic, Inc.,**
a Delaware corporation

By: _____

Name:  Gabe Garcia

Title:   President and CEO

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| CALUMET LOGISTICS, LLC, | Case No. |
| Debtor. | Joint Administration Requested |

### STATEMENT OF CORPORATE OWNERSHIP PURSUANT TO RULES 1007(A) AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

In accordance with Federal Rule of Bankruptcy Procedures 1007(a) and 7007.1, the undersigned certifies that the following entity is a corporation that directly or indirectly owns 10% or more of any class of Calumet Logistics, LLC's equity interests:

- Calumet Photographic, Inc.

- Calumet International Inc.

- Calumet Holdings Inc.

- HSR Calumet, Inc.

Dated:  March 12, 2014

By:
Gabriel Garcia
President and CEO
Calumet Logistics, LLC

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:

CALUMET PHOTOGRAPHIC, INC., et al.,[1]
Debtors.

Case No.

Chapter 7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:  _585_____

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: March 12, 2014

/s/ _____
Gabriel Garcia
President and CEO
Calumet Photographic, Inc.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Calumet Photographic, Inc. (3318); Fidelity Manufacturing Co. (3320); Calumet International Inc. (3319); Calumetphoto.com, LLC (2828); Calumet Logistics, LLC (3146); and Zone VI Studios, Inc. (4472).  The Debtors maintain an address at 900 W. Bliss Street, Chicago, IL 60642.

NGEDOCS: 2154911.1

Canon U.S.A. Inc.
100 Park Blvd
Itasca, IL  60143

Wynit, Inc.
5801 E Taft Rd North
Syracuse, NY  13212

Elson Bag Co Ltd
75 Virginia Rd North
White Plains, NY  10603

Mamiya America Corporation
13f, No232, Sec 3, PA TE Raod

Profoto Us, Inc.
220 Park Ave
Florham Park, NJ 07932

Hasselblad Bron Inc.
1080A Garden State Rd
Union, NJ  07083

Mac Group/Bowens/Limelite
75 Virginia Rd North
White Plains, NY  10603

UPS (Main #2011CQ)
55 Glenlake Pkwy NE
Atlanta, GA 30328

Fuji Professional Photo Prod
200 Summit Lake Dr., 2nd Fl.
South Valhalla, NY  10595

Blue Cross Blue Shield of
300 E Randolph St
Chicago, IL  60680

Tamron Industries, Inc.
10 Austin Boulevard
Commack, NY  11725

Phase One United States Inc.
200 Braodhollow Rd
Melville, NY  11747

Mack Camera
200 Morris Ave
Springfield, NJ 07081

Calumet Filters

Mamiya America Corp
13F, No232, Sec 3, PA TE Raod

20 W. 22 Associates-LLC
c/o ABS Partners Real Estate
200 Park Ave South
New York, NY  10003

Manfrotto Distribution
10 Mountainview Rd., Suite 320
Upper Saddle River, NJ 07458

Ingram Micro
1759 Wherle Drive
Williamsville, NY  14221

Superior Specialties Inc.
2240 Harrison St.
Neenah, WI 54956

Arent Fox
1050 Connecticut Ave., NW
Washington, DC 20036

Go Pro / Woodman Labs Inc.
3000 Clearview Way
San Mateo, CA  94402

Experian/Cheetah Mail
22807 Network Place
Chicago, IL  60673-1228

Paetec
One Paetec Plaza 600
Willowbrook Office Park
Fairport, NY  14450

IAC Goose Island LLC
1901 N Roselle Rd.,  Ste 250
Schaumburg, IL  60195

George L Eastman Co
Sherman Oaks, CA

Stanley Convergent Security
Solutions Inc Dept CH 10651
Palatine, IL  60005

Hybris Canada
999 De Maisonneuve Blvd W 3rd Floor
Montreal, Quebec
CAN H3A 3L4

Tiffen Mfg. (Saunders)
90 Oser Avenue
Hauppauge, NY  11788

Google Inc
1600 Amphitheatre Pkwy,
Mountain View, CA  94043

Cambo Fotografische Ind. B.V.
Haatlanderdijk 45 8263 AP
Kampen,
NETHERLANDS

The Talent Connection Inc
106 W Calendar Court # 206
La Grange, IL  60525

Bazaarvoice Inc.
3900 N. Capital of TX Hwy.
Suite 300
Austin, TX 78746

Delkin/Calumet Flash Memory CA
 13350 Kirkham Way

Poway, CA 92064-7117

Brilliant Inkjet Paper/Felix Schoeller
P.O. Box 13359
Newark, NJ 07101-3359

Calumet Muslin /Aavant
52/115 C.R. Park
New Delhi 110019
INDIA

Keeney Family Trust (Jack)
20 West Third Ave #9
San Mateo, CA 94402

Premier Packaging
4400 Delp St
Memphis, TN 38118

Arri Inc.
1849 Welch St.
North Vancouver, BC V7P1B7

Draper & Kramer Inc (Rush Rent)
107 Adell Place
Elmhurst, IL 60126

Informatica/Heiler Software
Penobscot Bldg
645 Griswold, Ste 1888
Detroit, Mi 48226

Carl Zeiss Sbe, LLC
Camera Lens Division
One Zeiss Drive
Thornwood, NY 10594

Ctyy Group
1688 52nd St
Brooklyn, NY 11204

Pretzel & Stouffer, Chartered
One South Wacker Dr, Ste 2500
Chicago, IL 60606-4673

Cedar-Riverview LP
44 South Bayles Ave
Port Washington, NY 11050

Principal Life Insurance Co
One Rogers Street/POB 310300
Des Moines, IA 50331-0300

Ningbo Jinhui Photographic
SW Economy Development Zone
69 Fengyi Rd
Yuyao City

Tamrac Inc
9240 Jordan Avenue
Chatsworth, CA 91311

Beseler Photo
2018 West Main Street
Stroudsburg, PA 18360

Wynit Inc.
5801 E Taft Rd
North Syracuse, NY  13212

Congressional Village
2701 Tower Oaks Blvd
Ste 200
Rockville, MD  20852

Canon Digital Video Products
100 Park Blvd.
Itasca, IL  60143-2693

MLK Associates
c/o Natl Real Estate Mgmt Corp
9986 Manchester Rd
St Louis, Mo 63122

Thanx Media Inc
800 Roosevelt Rd
Bldg A-8
Glen Ellyn, IL  60137

Ameritas Life
5900 O Street
Lincoln, NE 68501-1889

Escondido Gateway O3, LP
c/o ACF Property Managment, Inc
12411 Ventura Blvd
Studio City, CA  91604

Freight-Base Customs

Cvent Inc.
8180 Greensboro Dr
9th Floor
McLean, VA  22102

Trevelino/Keller
949 W Marietta St
Ste X106
Atlanta, GA 30318

Tandon Digital
DBA Monster Digital
2125 B Madera Road
Simi Valley, CA 93065

14-Forty
2335 Hyperion Ave
Los Angeles, CA  90027

Oaks Of Oak Brook LLC
c/o DLC Management Corp
P O Box 5122
White Plains, NY  10602

UPS Supply Chain Solutions
One Trans-Border Dr
Champlain, NY  12919-0800

Square 407/LP/Boston Prop.
As Agent For Market Square North

P O Box 41511
Boston, MA  2241

ID/FX
Weysesgade 40
Copenhagen

Hahnemuhle USA, Inc
380 N. Terra Cotta Road
Unit G
Crystal Lake, IL  60014

Canon USA (Repair)
100 Jamesburg Rd
Jamesburg, NJ 8831

Gateway Shoppes (Florida Rent)
c/o Florida Equities LLC
6300 NE 1st Ave, Ste 300
Ft Lauderdale, FL 33334

Matthews Studio Equipment
4520 West Valerio Street
Burbank, CA  91505

International Camera Corp.
9 N. Wabash Ave
2nd Floor
Chicago, IL  60602

Amazon Web Services Inc
1200 12th Ave S
Ste 1200
Seattle, WA  98144

PC Connection
730 Milford Rd.
Merimack, NH  03054-4631

Chimera Photographic Lighting
1812 Valtec Lane
Boulder, CO  80301

Boston Globe
135 Morrissey Blvd.
Boston, MA  02125

Freedom Supply
1670 61 Street
Brooklyn, NY  11204

Garvey's Office Products
7500 N Caldwell Ave
Niles, IL  60714

Cisco Systems Capital Crp
170 West Tasman Dr
San Jose, CA  95134

Think Tank Photo
1105 N. Dutton Ave.
Ste C
Santa Rosa, CA  95401

Alpha Plastics Solutions Inc.

S82 W19362 Apollo Drive
Muskego, WI  53150-0002

Regal Photo Products Inc.
2769 S. 34th Street
Milwaukee, WI  53215

Seaport Trading

Tribune Media Group
14839 Collections Center Drive
Chicago, IL  60693-0148

Brink's Inc
555 Dividend Drive
Coppell, Texas 75019

Liberty Synergistics Inc
1041 Calle Trepadora
San Clemente, CA  92673

Emerald Expositions Inc
31910 Del Obispo Ste 200
San Juan Capistrano, CA  92675

H.P. Marketing Corp.
16 Chapin Road
Pine Brook, NJ 07058

Pickens Kane
410 N Milwaukee Ave
Chicago, IL  60654

Epson America
3840 Kilroy Airport Way
#310122
Long Beach, CA  90806

Expoimaging, Inc.
121 Aviation Way
Watsonville, CA  95076

Chan, Donald
715 44th Ave
San Francisco, CA  94121

Chris Harlocker Consulting
237 Noble Ave
Lake Forest, IL  60045

Purchase Power
P O Box 85042
Louisville, KY 40285

Foto Care
41 W. 22nd St
New York, NY  10010

CBS Radio WBZ-AM
1170 Soldiers Field Road
Boston, MA  02134

Out Of Frame Rentals and
1126 N Citrus Av
Hollywood, CA  90038

Dun & Bradstreet
20 S Clark St.
Chicago, IL  60603

Englewood Consulting Group
2940 Le Bateau Drive
Palm Beach, FL 33410

Daymen U.S., Inc (Lowepro)
1435 N McDowell Blvd
Suite #200
Petaluma, CA  94954

Direct Source Marketing
Isuzu Bldg Nishi-Ochiai Sinjuku-Ku
Tokyo 161-0031
JAPAN

Azden Corporation
200 Valley Rd.
Suite 101
Mount Arlington, NJ 07856-1320

Sennheiser Electronic Corp
1 Enterprise Drive
Old Lyme, CT  06371

Omega/Brandess
626 Hanover Pike
Suite 102
Hampstead, MD  21074

Uline (AJ)
12575 Uline Drive
Pleasant Prairie, WI  53158

Carestream Health Inc
150 Verona St
Rochester, NY  14608

CBF Inc
101 Howard St, Ste E
San Francisco, CA  94105

Helfand, Richard
910 Private Rd
Winnetka, IL  60093-1526

Delkin Devices Inc
13350 Kirkham Way
Poway, CA  92064

Mesirow Financial
353 North Clark Street
Chicago, IL  60654

Resource Magazine
139 Norfolk, St #A
New York, NY  10002

Megapath/Covad (Previously)
6800 Koll Center Parkway
Suite 200
Pleasanton, CA  94566

Promark International
1268 Humbracht Circle
Barltett, IL  60103-1631

Tyco Integrated Security LLC
210 Swift Dr
Oak Brook, IL  60523

BlackRapid Inc.
517 Aloha St
Seattle, WA 98109

McFadden Place
Bldg F
26522 La Alameda, Ste 285
Mission Viejo, CA  92691

Mamiya America Corp. Pepp
75 Virginia Rd North
White Plains, NY  10603

Verizon (14111 X25)
P O Box 96022
Charlotte, NC 28296-0022

Lincoln Financial/Jefferson P
150 North Radnor-Chester Road
Radnor, PA  19087

Sprint Systems of Photography
1057 Chopmist Hill Rd
Scituate, RI 02857

Denevi Digital Imaging
21091 Foothill Blvd
Hayward, CA  94541

ABF Freight System Inc
160 Old Higgins Rd
Des Plaines, IL  60018

Latisys-Chicago, LLC.
393 Inverness Parkway
Englewood, CO 80112

Teac America, Inc.
7733 Telegraph Road
Montebell, CA  90640

Crescent
100 West Willow Road
Wheeling, IL  60090

Sikich Gardner & Co LLP
1415 W Diehl Rd Ste 400
Naperville, IL  60563-2349

CDW Direct LLC
200 N. Milwaukee Ave.
Vernon Hill, IL  60061

Mid American Energy
P O Box 8020
Davenport, IA 52808-8020

Retail Decisions Inc
100 Village Court Ste 102
Hazlet, NJ 07730

TAP Packaging Solutions
2160 Superior Ave
Cleveland, OH  44114

Moric, Marija
1540 N State 9B
Chicago, IL  60610

Plus Technologies LLC
8719 Boehning Lane
Indianapolis, IN  46219

Sign Works Inc
584 County Line Road
Bensenville, IL  60106

Jito
1899 Maple Ave
Hanover Park, IL  60133

Legion Paper
38 East 32nd St, 5th Floor
New York, NY  10016

Friedman, Rick
138 W Canton St
Boston, MA  02118

Silvino's (Repair)
937 N Cole Avenue
Hollywood, CA  90038

Visual Departures/Rosco
2001 W. Main St. Ste #195
Stamford, CT 06902

CCH Incorporated
P O Box 4307
Carol Stream, IL  60197-4307

Visible Dust Inc.
200-56 Lincoln Park
Edmonton Alberta
CANADA T5S2J6

Quantum Instruments, Inc.
10 Commerce Dr
Hauppauge, NY  11788

Securian
400 N Robert St
Saint Paul, MN 55101-2098

Outdoor
Not A Vendor

Morrison & Foerster LLP
425 Market St
San Francisco, CA  94105

Huber Landscape Inc.
9623 S Ridgeway
Evergreen Park, IL  60805

Meridrew Enterprises
202 El Sobrante Dr
Danville, CA  94526

UPS (Various)
PO Box 894820
Los Angeles, CA  90189-4820

Paycom
321 North Clark St, Ste 1020
Chicago, IL  60654

Derby Logistics Solutions
140 Leominster Shirley Rd
Lunenburg, MA  01462

Gartland, Ted
135 Morrissey Blvd
Dorchester, MA  02125-3310

Bretford
11000 Seymour Avenue
Franklin Park, IL  60131

Graphx
400 West Cummings Park
Woburn, MA  01801

Dyna-Lite, Inc.
1050 Commerce Ave.
Union, NJ  07083

Video Service Of America
6929 Seward Ave
Lincoln, NE 68507

James Mechanical
14059 N Birch  Rd
Genoa, IL  60135

Pro Tapes & Specialties
621 Route 1 South
North Brunswick, NJ 08902

SPE-National
336 Aubrey Rd
Wynnewood, PA  19096

C.H. Robinson/Phoenix Intl.
P O Box 1546, Dept 26
Bensenville, IL  60106

Federal Express Corp
P O Box 1140, Dept A
Memphis, TN 38101

Confidential Messenger Service
P O Box 411497
Los Angeles, CA  90041

Canon (Repairs)

PO Box 100851
Atlanta, GA 30384-0851

L A Water #0053640000
P O Box 30808
Los Angeles, CA  90030-0808

Com Ed 7071694031 (Rush St)
Bill Payment Center
Chicago, IL  60668-001

D&H Distributing Company
2525 North 7th Street
Harrisburg, PA  17110

Cinevate Inc.
585 Squier Street Thunder Bay
Ontario P7B4A7

W B Mason Company Inc.
59 Centre St
Brockton, MA  02303

Hitec Sales & Marketing LLC
1198 Hermann Court
Milford, MI 48380

Premier Contracting
P O Box 239
Westwood, MA  02090

American Solutions For
NW#7794
PO Box 1450
Minneapolis, MN 55485-7794

Jms Express
6720-47 Ave 2nd Floor
Woodside, NY  11377

Dot Line Corp
9414 Eton Ave
Chatsworth, CA  91311

Source Interlink Media 118965
13266 Collection Center Dr
Chicago, IL  60693

Advanced Messenger Service
485 North Milwaukee Ave
Chicago, IL  60610-3922

Comcast 900020148
P O Box 37601
Philadelphia, PA  19101-0601

Fidelity/Eye Med
P O Box 632530
Cincinnati, OH  45263-2530

Burbee, Ed
48015 Pechanga Rd
Temecula, CA  92592

Sinar Photography AG

Farbhofstasse 21 Zurich
SWITZERLAND 8048

Hoodman
20445 Gramercy Pl., Ste 201
Torrance, CA  90501

Abel Cine
609 Greenwich St.
New York, NY  10014

American Glass Services Inc
605 Fay St
Elmhurst, IL  60126

Power Services Inc
5800 Woodcliff Rd, Ste 108
Bowie, MD  20720

Hunton & Williams
Riverfront Plaza East Tower
951 E Byrd St
Richmond, VA  23219

Cotton Carrier
1849 Welch St. North
Vancouver, BC V7P1B7

Eizo Inc
5710 Warland Drive
Cypress, CA  90630

Jackson Wabash
Dept Ch 14031
Palatine, IL  60055

Pearson, Dustin
Employee

Peco Energy
Hill Mall
32nd St & Trindale
Camp Hill, PA  17011

Airtronics
63 West 38th St
New York, NY  10018

Freestyle Photographic Supply
5124 W Sunset Blvd
Los Angeles, CA  90027

AT&T 831-000-2597-173
P O Box 5019
Carol Stream, IL  60197-5019

Media Distributers
845 N Church Court
Elmhurst, IL 60126

Savage Universal Corporation
550 East Elliot Road
Chandler, AZ  85225

Adobe Systems Inc

75 Remittance Dr. Ste 1025
Chicago, IL  60675-1025

HA Productions LLC
5025 N Central Ave #406
Phoenix, AZ  85012

Pricemanager
P O. Box 115
Closter, NJ  07624

FPL (2314376381)
General Mail Facility
Miami, FL  33188-0001

Foto Funding
P O Box 409
Gillette, NJ  09733

Dell Direct Sales LP
2214 West Braker Ln, Bld 3
Dallas, TX  78758

Verizon 280442641-00002
P O Box 25505
Lehigh Valley, PA  18002-5505

Gremp, David
2030 Marston Lane
Flossmoor, IL  60422

Provident Life & Accident
P O Box 403748
Atlanta, GA  30384-3748

SDGE (San Diego Gas & Elec)
PO Box 25111
Santa Ana, CA  92799-5111

Cooney, Brian
1407 Washington St
Evanston, IL 60202

Verizon (280442641-00003)
P O Box 25505
Valley, PA  18002-5505

Nick or Joan Demos
4768 S Packard Ave
Cudahy, WI  53110

Verizon (Y2092557)
Payments Processing Center
PO Box 85080
Richmond, VA  23285-4100

Great Lakes Multimedia Supply
1307 D Allen Drive
Troy, MI  48083

AT&T 323 461 1721 416 2
P O Box 5025
Carol Stream, IL  60197-5025

Tenergy Corporation

436 Kato Terrace
Freemont, CA  94539

Q Outdoor Corp
6337 N Kirkwood Ave
Chicago, IL  60646

Redd, Harry
16328 Blackhawk St
Granada Hills, CA  91344

Recology Sunset Scavenger
250 Executive Park Blvd, Ste 100
San Francisco, CA  94134-3306

Osram Sylvania
400S Tyron St
Acc#118050
Charlotte NC  28275

CPM, Inc.
10830 Sanden Drive
Dallas, TX  75238

Kennedy-Webster
133 N Jefferson St
Chicago, IL  60606

Optech USA
304 Andrea Drive
Belgrade, MT  59714

Avery Dennison
15178 Collections Center Dr
Chicago, IL  60693

Cowan, Ernie
26071 Sky Drive
Escondido, CA  92026-8521

AT&T Mobility #839949230
P O Box 6463
Carol Stream, IL  60197-6463

HP Products Corp
P O Box 68310
Indianapolis, IN  46268

Nguyen, Chris
11171 Calle Dario
San Diego, CA  92126

International Camera Repair
1186 East Walnut St
Pasadena, CA  91106

Carl, Ken
3100 W Logan Blvd
Chicago, IL  60647

Monitis Inc
c/o GFI Software/Ste 1675
11601 Wilshire Blvd
Los Angeles, CA  90025

Canon Solutions America Inc
300 Commerce Square Bldv
Burlington, NJ  08016

Schneider Optics Inc.
Cust#459
285 Oser Ave.
Hauppauge, NY  11788

Jm Polcurr Inc
10127 W Roosevelt Rd
Westchester, IL  60154

PG&E Acct #7129676300-7
2435 Mission St
Sacramento, CA  94110

Town House Specialty Cleaning
242 West 36th St / 6th Fl
New York, NY  10018

Gary Regester
P O Box 9
432 Main Street
Silver Plum, CO  80476

Fotocomm LLC
20959 S Springwater Road
Estacada, OR  97023

Eldor First St Realty Trust
400 Amherst Street Ste 405
Nashua, NH  03063

Peleman Industries
11820 Willis Road Suite 100
Alpharetta, GA  30009

No More Dirt (Integrated/Prev)
771 Capp St
San Francisco, CA  94110

White House News Photographers
7119 Ben Franklin Station
Washington, DC  20044-7119

Usedphotopro.Com
S Meridian Street
Indianapolis, IN  46225

H S Real CompaNY LLC
1 Kalisa Way Suite 201
Paramus, NJ  07652

American Alarm
297 Broadway
Arlington, MA  02474

Taylor, Robert
5216 West Path Way
Bethesda, MD  28016

Itoya of America, Ltd
800 Sandhiill Ave.
Carson, CA  90746-1221

Deltek Inc
P.O. Box 79581
Baltimore, MD  21279-0581

So Calif Edison #8146
P O Box 600
Rosemead, CA  91771

Mondlock, Peter
271 Ardmore Rd
Des Plaines, IL  60016

Isodisc
7030 North 97th
Plaza Circle
Omaha, NE  68122-1100

Canson Inc.
21 Industrial Dr South
Hadley, MA  01075

Visarts at Rockville
155 Gibbs Street Ste 300
Rockville, MD  20850

Strobel, Jack
44 Portland Place
St Louis, Mo 63108

Richard E Gregerson
1221 Warren St
Chippewa Falls, WI 54729-1539

Colorado Mountain College
Spring Valley Central Recv.
3000 County Rd #114
Glenwood Spring, CO  86160

Flash Clinic Inc
164 West 25th Street
9th Fl
New York, NY  10005

Tocad America Inc.
53 Green Pond Road
Rockaway, NJ  07866

San Francisco Tax Collector
P.O. Box 7427
San Francisco, CA  94120-7427

Juce Mobile
9950W Van Buren Suite 121
Avondale, AZ  8523

Bencher, Incorporated
241 Depot St.
Antioch,  IL 60002

Telecheck
Mail Stop A-12
7301 Pacific St.
Omaha, NE  68114

Photo Finishers Supplies Inc
11-22 44th Road CALPG-HQ-6957
L.I.C., NY  11101

Sync, an L.A. Photo Group Inc. Company
25876 The Old Rd. #293
Stevenson Ranch, CA  91381

Pix Inc
1109 South La Brea Ave
Los Angeles, CA  90019

Ace Products Group
3920 Cypress Dr. Suite B
Petaluma, CA  94954

Conair Corporation
150 Milford Rd. East
Swindsor, NJ  08520

Conservation Resources Int'l
5532 Port Royal Rd.
Springfield, VA  22151

A-1 Conveyor Service
20400 107th St
Bristol, WI  53104

Schiele Graphics Inc
1880 Busse Road
Elk Grove Village, IL  60007-5718

Wahlund, Olof
28 Our Rd
Woodstock, NY  12498

Calumet San Fran Petty Cash
2001 Bryant St
San Francisco, CA  94110

Orkin Exterminating Co.
5646 North Pulaski
Bolingbrook, IL  60646

J M Service Co LLC
P O Box 850369
Braintree, MA  02185

Cimco Communications Inc
P O Box 95900
Chicago, IL  60694

Ungaretti & Harris
3500 Three First National Plaza
Chicago, IL  60602-4283

Office Max
File 42256
Los Angeles, CA  90074-2256

Peoples Gas 9 5000 2127 2781
Po Box 19100
Green Bay, WI  54307-9100

National Lift Truck Inc

Dept 20-3016
PO Box 5977
Carol Stream, IL  60197-5977

Lumiquest
28540 Durango Dr.
New Braunfels, TX  78132

Katz,Ariel
11710 Old Georgetown Rd
Apt #523
Rockville, MD  20852

Aramark Refreshment Services
2200 Bernice Rd
Lansing, IL  60438

JCX Expendables
2413 Harrison St
San Francisco, CA  94110

Digital Office Solutions
28W321 Warrenville Rd
Warrenville, IL  60555

Cris Camera Services
250 North 54th St
Chandler, AZ  85226

Waste Mgmt #410-8163180
P O Box 9001300
Louisville, KY  40290-1300

GS1 US
P O Box 713034
Columbus, OH  43271-3034

AT&T 312 751 1175
Bill Payment Center
Chicago, IL  60663-0001

Denny Mfg. Co., Inc.
PO Box 7200
Mobile, AL  36670

Smartstuff Graphics Inc.
155 Chesterfield Ind Blvd
Chesterfield, MO  63005

Noritsu #780
Dept 1780
Pasadena, CA  91050

Compatible Systems Engineering
P.O. Box 10859
Burke, VA  22009

American Cleaning Co Inc.
P O Box 390702
Cambridge, MA  02139-0008

Kapture Group
92 Bent Shadow Ln
Osage Beach, MO  65065

Camera Service Co Inc.
4391 W. Atlanta Rd., South East
Smyrna, GA 30080

Midstate Camera Repair
389 Warwick Ave
Warwick RI  02888

Labelmaster
5724 N. Pulaski Rd.
Chicago, IL  60646

Dominion VA  (7745357397)
P O Box 26543
Richmond, VA  23290

Like Never Before
23311 Guinea Dr
Lake Forest, CA  92630

Salwinski,Piotr
4400 Dexter Street
Philadelphia, PA  19128

Hollywood Plumbing Inc
P O Box 27609
Los Angeles, CA  90027

AT&T 630 R05-0247 780 404
Bill Payment Center
Chicago, IL  60663-0001

Heaton, Charles Duane
116 Alessandra Court Apt 18
Frederick, MD  21702

Mccormick, Michael
15501 Ridgecrest Dr
Dumfries, VA  22026

Saf-T-Gard/ Dunn Safety
205 Huehl Road
Northbrook, IL  60062

Photek,Inc.
1 Riverside Drive, Suite C
Ansonia, CT  06401

Express Media
2225 Palou Ave
San Francisco, CA  94124

Dynalite, Inc.
1050 Commerce Avenue
Union, NJ  07083

Mouser Electronics
958 North Main St
Mansfield, TX  76063

Waste Mgmt #114-1642322
1800 S Grand Ave
Phoenix, Az  92705

Miranda Landscape

16716 Devonshire St
Granada Hills, CA  91344

Ushio America Inc.
5440 Cerritos Avenue
Cypress, CA  90630

Northshore Camera Service
1102 Industrial Ave
Escondido, CA  92029

Garrison Gary
3716 Columbia Pike #2
Arlington, VA  22204

B.J. Kilpatrick Inc
136 S White Horse Pike
Berlin, NJ  08009

F.J. Westcott Co.
1425 Holland Rd
Maumee, OH  43537

Valley Fire Protection
101 N Raddant Rd
Batavia, IL 60510

Lucidiom
7900 Westpark Drive Ste 515
McLean, VA  22102

Wisc Camera Repair
2601 12 3/4 Ave
Cameron, WI 54822

Clayton Chemical (LA)
2630 Homestead Place
Rancho Dominguez, CA  90220

K & M Tribeca
77 Franklin Street
New York, NY  10013

Grainger, Inc.
475 E Algonquin Road
Palatine, IL  60005

TOG
P O Box 1240
Attleboro MA  02703

Asap Courier Service Inc
P O Box 387
Bowie, MD  20719

Geary LSF Group
655 Montgomery Ste 1600
San Francisco, CA  64111

Comed #8414329041
Bill Payment Center
Chicago, IL  60668

Dominion VA Power (8674612760)
P O Box 26543

Richmond, VA  23290

Calumet DC (Petty Cash)
840 E Street NW
Washington, DC  20004

Waste Mgt (093-0060982-0093-1)
P O Box 13648
Philadelphia, PA  19101-3648

Superior-Studio Specialties
2239 S Yates Ave
City Of Commerce, CA  90040-1948

Silver, Gregory
7224 Tiburon Drive
Eastvale, CA  92880

Poland Spring
#215 6661 Dixie Hwy Suite 4
Louisville, KY  40258

Beachtek Inc.
480 Osprey Ave.
Kelowna B.C. V1YA5
CANADA

Foster, Steven
7692 S Oakmont Circle
Hialeah, FL  33015

CSI Rentals
133 West 19th St
New York, NY  10011

Nestle Pure Life 0440046274
P O Box 856192
Louisville, KY  40285-6192

Environmental Control
1874 Walnut St
La Verne, CA  91750

GBC - An Acco Brands Company
PO Box 203412
Dallas, TX  75320-3412

California Precision Service
1714 28th St
Sacramento, CA  95816

Eiko Global LLC
23220 W. 84th Street
Shawnee, KS  66227

Solutek Corp
94 Shirley St
Boston, MA  02119-3029

Tecnec
812 Kings Highway, Box 397
Saugerties, NY  12477

Turner, Jerry
11800 Old Georgetown Rd., Unit 1536

Rockville, MD  20852

PRS Sales Inc (LA)
931 N Highland Ave
Los Angeles, CA  90038

Argraph Corporation
111 Asia Place
Carlstadt, NJ  07072

Yates, McLamb & Weyher LLP
One Bank Of America Plaza 421
Fayetteville St Ste 1200
Raleigh, NC  27601

Comcast 8771300121636686
P O Box 3002
Southeastern, PA  19398-3002

Moo Do Media Group
10065 Timberline
San Diego, CA  92131

Waste Mgmt 151-8199611-2991-6
P.O. Box 4648
Carol Stream IL  60197-4648

ADC Digital/Smashbox Digital
8549 Higuera St
Culver City, CA  90232

Pitney Bowes Global Financial
P O Box 371887
Pittsburgh, PA  15250-7887

Cintas First Aid & Safety
1071 Judson St
Bensenville, IL  60106

Dalton, Kathy
Petty Cash

Milestone Av Technologies Inc
NW 5661
Po Box 1450
Minneapolis, MN  55485-5661

Scharnell, Anton
1015 Green Bay Rd
Wilmette, IL  60091

PRC
602 Commonwealth Ave
Boston, MA  2215

Olympus Corp
Two Coporate Center Drive
Melville, NY  11747

Dynalite Inc. (NY)
1050 Commerce Avenue
Union, NJ  07083

American Waste Industries
8549 Higuera St

Culver City, CA 90232

Stanley Steemer Intl
5500 Stanley Steemer Pkwy
Dublin, OH 43016

Ice Mountain Direct
P O Box 856680
Louisville, Ky 40285-6680

AT&T #707 585-8403 395 3
Payment Center
Sacramento, CA 95887 0001

Mahoney, J D
28889 Shadow Valley Lane
Santa Clarita, CA 91310

Calumet VA (Petty Cash)
8357 E Leesburg Pike
Vienna, VA 22182

City Of Los Angeles
Office Of Finance
Po Box 51112
Los Angeles, CA 90051

Milestone Av Technologies
Phoenix, AZ 85062-8522

Dustcatchers (#2221)
Chicago, IL 60617

The Gas CompaNY (04606829424)
Po Box C
Monterey Park, CA 91756

Stern Environmental Grp LLC
100 Plaza Dr
Secaucus, NJ 07094-3613

Comcast 8771201150128597
P O Box 3001
Southeastern, PA 19398-3001

Lund Pearson Mc Laughlin
897 Independence Ave Bldg 1E
Mountain View, CA 94043

Lowel/Tiffen Co. LLC
140 58th Street
Brooklyn, NY 11220

Verizon (215 218 9707 230 28 Y
P O Box 8585
Philadelphia, PA 19173-0001

Waste Mgmt (237-0253860-2237-7
P.O. Box 105453
Atlanta, GA 30348

Comcast (8495753103491238)
P O Box 530099
Atlanta, GA 30353-0099

Frantz, Bill
N1561 Bluebird Drive
Lake Geneva, WI   53147

Comcast 09565339676014
P O Box 3005
Southeastern, PA   19398-3005

Fujifilm North America
200 Summit Lake Dr.
Valhalla, NY   10595-1356

District Fire And Safety
P O Box 61
Pico Rivera, CA   90660

Sayes, Shadi
6150 Denny Ave North
Hollywood, CA   91606

Comcast 8155200017214067
P O Box 34227
Seattle, WA   98124-1227

Saah Video
12221 Park Lawn Drive, Ste 202
Rockville, MD   20852

Scheimpflug Photo Equip
236 West 30th St Ground Floor
New York, NY   10001

Leedal, Incorporated
3453 Commercial Ave
Northbrook, IL   60062-1818

Easylink Services Corp
PO Box 6003
Carol Streeam, IL   60197-6003

AC and Company
2651 22nd Street
San Francisco, CA   94110-2128

DeStefano, Greg
688 S Santa Fe Ave #109
Los Angeles, CA   90021

Prochaska, Christoper
24329 Pear Tree Way
Plainfield, IL   60585

Irwin, Ryle
8406 Hunt Valley Dr
Vienna, VA   22182

Lindley, Daniel A.
133 E 64th St Apt 7A
New York, NY   10065-7045

Timecycle Inc
230 N 2nd St #1C
Philadelphia, PA   19106

```
Jetset Couriers
PO Box 410265
San Francisco, CA  94141-0265

White Way Sign
1317 Clybourn Ave
Chicago, IL  60610

McDaniel, Larry
2400 West Valley Parkway #113
Escondido, CA  92029

Chicago Camera Specialists
5 S. Wabash Ave, Suite 1017
Chicago, IL  60603

Moore, Marni
18919 Sara Park Circle
Saratoga, CA  95070

RM Imaging
3887 Yosemite Ct. North
Pleasanton, CA  94588-4934

Richard, Wayne
8838 La Cartera St
San Diego, CA  92129

Campbell, Jon
7582 Dehesa Ct
Carlsbad, CA  92009

YRC Freight
P.O. Box 13573
Newark, NJ  07188-3573

Kit Digital Inc
1100 Circle 75 Pkwy Ste 600
Atlanta, GA  30339

AT&T (954 764-6555 033 1801)
P O Box 105262
Atlanta, GA 30348-5262

AT&T 415 643-9280 169 8
No Address

TechLab Photo
518 East Belvedere Ave
Baltimore, MD  21212

BEC
449 W Allen Ave Ste 109
San Dimas, CA  91773

Fish Window Cleaning
P O Box 94
Arlington, MA  02476

Great Forest Inc
2014 Fifth Ave
New York, NY  10035

Houwing, Beverly
702 N Linden Dr
```

Beverly Hills, CA  90210

Shaver, Jon
No Address

Calumet Los Angeles (PC)
805 N Highland Ave
Los Angeles, CA  90038

AT&T 760 796-4272 503 3
Payment Center
Sacramento, CA  95887-0001

MCI #08662182915
P O Box 856053
Louisville, KY  40285-6053

Irv's Luggage/Emporium
2200 S Busse Rd
Mount Prospect, IL  60056

Newswear
4017 Jib Sail Ct.
New Port, FL  34652

Carson, Kevin
P O Box 5593
Orange, CA  92863

Donnell, Tim
1800 Syracuse Rd
Naperville, IL  60565

Royal Messenger Service
2020 N Main St Ste 201
Lincoln Heights, CA  90031

Bongo Ties
29139 Hillrise Drive
Agoura Hills, CA  91301

Digi-Key Corp (AJ)
701 Brooks Ave South
PO Box 677
Thief River Falls, MN  56701

Alliance Health & Safety
P O Box 3210
Farmingdale, NY  11735-0675

Manfrotto Dist. (Parts)
565 E. Crescent Avenue
Ramsey, NJ  7446

Barton, Michael
217 Larchwood Lane No.
Aurora, IL  60542

Mackaymitchell Envelope Corp
2100 Elm St. SE
Minneapolis, MN  55414

Lewis, Mark
7920 West Ponderosa Court
Orland Park, IL  60462

Hollywood Fotofix
130 West Main
Lehi, UT  84043

Washington Gas 3598552200
P O Box 37747
Philadelphia, PA  19101-5047

First Class Glass & Mirror
1513 Industrial Dr
Itasca, IL  60143

Home Paramount Pest Control
P O Box 727
Forest Hill, MD  21050-0727

Clerk Of The Circuit Court
50 Maryland Ave Room 111
Rockville, MD  20850

Micky Guttbinder
573 Grand St. Apt 1007
New York, NY  10002-4330

Solo Horton Brushes Inc.
151 Ella Grasso Ave
Torrington, CT  6790

Robinson, Robert B.
2446 Teaberry St
Santa Rosa, CA  95404

NCS Camera Service
8728 Ferris Ave
Morton Grove, IL  60053

Pacific Rim Mechanical
7655 Convoy Court
San Diego, CA  92111

AT&T 323-466-45236687
Payment Center
Van Nuys, CA  91388-0001

Sprint (225363388)
P O Box 4191
Carol Stream, IL  60197-4191

Saito, Kimiko Sun
160 Santa Marina Street
San Francisco, CA  94110

Verizon 212 647 1030 638 215
P O Box 15124
Albany, NY  12212-5124

Comcast (8773102261812251)
P O Box 1577
Newark, NJ 07101-1577

L A Water #9943640000
P O Box 30808
Los Angeles, CA  90030-0808

Columbia Chronicle Newspaper
600 South Michigan Ave
Chicago, IL  60605

Mendtronix
13880 Stowe Drive
Poway, CA  92064

MCI
P.O. Box 66074
Dallas, TX  75266-0794

Precision Camera & Video Rep
3 Anngina Dr
Enfield, CT  6082

Al Hawa, Mohd Saleh Hussain
540 North State Street
Chicago, IL  60654

Martin, Joshua
807 Fair Oaks
Oak Park, IL 60302

Quill Corp
P O Box 808
Elk Grove Village, IL 60069

Kuznia, Paige
2620 University Ave
Grand Forks, ND  58203

Verizon 2122067569207218
P O Box 15124
Albany, NY  12212 5124

Murrell, Jeffrey S.
1507 Golf Course Dr
Mitchellville, MD  20721

Christian Window Cleaning
809 W 181 Street #235
New York, NY  10033

San Fran Water #0141910000
P.O. Box 7369
San Francisco, CA  94120-7369

David Veit Photography
8674 Somerset Ave
San Diego, CA  92123

T-Mobile #395964271
P O Box 742596
Cincinnati, OH  45274-2596

Comcast 09569707971014
PO Box 3005
Southeastern, PA  19398-3005

Archer, Geoffrey
22 N Lowery Ct
Sterling, VA  20165

Kreidler, John

No Address

City Of Fort Lauderdale
100 N Andrews Ave
Ft Lauderdale, FL  33301

AT&T #847 885-7627 748 O
P O Box 4520
Carol Stream, IL 60197

Tyminski, Stephen
17 Balsam Rd
Reading, MA  01867

Verizon #212 206 1150 327 212
P O Box 15124
Albany, NY  12212-5124

Juranitch, Leigh
1523 W 18th Street Apt 1R
Chicago, IL  60608

Verizon 00001358917118Y
PO Box 619009 DFW
Airport, TX 75261-9009

Global Computer Supply
2249 Windsor Court
Addison, IL  60101

Bigston/Canon
1590 Touhy Ave
Elk Grove Village, IL  60007

Canvas Grip
15801 Stagg St.
Van Nuys, CA  91406

Fuji Repair
1100 King George Post Road
Edison, NJ  08837

AT&T 0515618357001
PO Box 9001310
Louisville, Ky  60106

AT&T 030 345 3488 001
P O Box 78522
Phoenix, AZ  85062-8522

Darr, Joshua
125 Wesley Ave
Oak Park, IL  6302

Nstar (1634 835 0014)
PO Box 4508
Woburn, MA  01888

Hailey, Judy
39892 Mount Blanc Ave
Murrieta, CA  92562

Hello World Communications
118  West 22nd St Ste 2A
New York, NY  10011

Vista Imaging Group
20 W 22nd St
New York, NY  10010

L A Water #7943640000
P O Box 30808
Los Angeles, CA  90030-0808

Scieszka, Mark
2985 Su Siempre
Escondido, CA  92025

Prough, Trevor
407 Marylynn Ct
Escondido, CA  92025

Verizon (00095470894346y)
P O Box 660720
Dallas, TX  75266-0720

Think CP Technologies
16812 Hale Ave
Irvine, CA  92606

Verizon #151421065967888810
P O Box 920041
Dallas, TX  75392 0041

AT&T 760 737-0134 265 7
Payment Center
Sacramento, CA  95887 0001

Airgas USA LLC
PO Box 6030
Lakewood, CA  90714 6030

Nicor Gas (72-53-45-73760 O
P O Box 416
Aurora, IL  60568

Yepez, Catherine
11750 Old Georgetown Rd #2522
Rockville, MD  20852

Canteen Refreshment Scvs
P O Box 417632
Boston, MA  02241-7632

Warburton, John
1149 Cooley Dr
Middletown, VA  22645

Newark
4801 N. Ravenwood
Palatine, IL  60640

CSC
P O Box 13397
Philadelphia, PA  19101

Bochenek, Jennifer
22 Cour Michele
Palos Hts, IL  60465

Khastoo, Azadeh
845 W Newport Ave, Apt 3
Chicago, IL  60657

Yazdani, Shahrum
845 W Newport Ave Apt 3
Chicago, IL  60657

Eclipse Lighting Repair/Servic
822 Degraw Ave
Newark, NJ  07104

Andy McLaughlin
30 I St South
Boston, MA  02127-1430

AT&T 630 637-9949 249 1
P O Box 4520
Carol Stream, IL  60197

Eclipse Messenger
3400 Irvine Ave #113
Newport Beach, CA  92660

State Of North Carolina
P O Box 752167
Charlotte, NC  28275-2167

Doherty, Edward
1642 West Lemoyne 3rd Floor Front
Chicago, IL  60622

Flieth, Roy
741 Wedgewood Circle
Lake In The Hills, IL  60156

Zimmerman, Roy
5038 N Winthrop
Chicago, IL  60640

M. Klemme Technology Corp
1384-F Poinsettia Ave
Vista, CA  92081

Alder Landscape Architecture
3425 Alemany Blvd
San Francisco, CA  94132

Carle Photography
527 23rd Ave Studio 104
Oakland, CA  94606

Eimaj Design
601 Van Ness Ave Ste E #222
San Francisco, CA  94102

Faulkner, Marianne
437 Linden St
San Francisco, CA  64102

Rohde, Siggi
P O Box 647
Blaine, WA  98231-0647

Zane Davis

5527 N. Kenmore
Chicago, IL  60640

L A Water #894364000
P O Box 30808
Los Angeles, CA  90030 0808

Solutions Window Cleaning
P O Box 86
Queenstown, MD  21658

MCM Electronics
650 Congress Park Dr
Centerville, OH  45459

Laning, John
2450 N Linden Pl #2
Chicago, IL  60647

Lawton, William
646 Golf Lane Lake
Barrington, IL  60010-7328

McGivney, Barrett
9 Cour Lasalle
Palos Hills, IL 60465

AT&T (760 781-1285 0586)
P O Box 5025
Carol Stream, IL  60197-5025

Flack, John
1361 W 9th Ave
Escondido, CA  92029

San Fran Water #1141910000
P O Box 7369
San Francisco, CA  94120

Grzadziel, Darrell
Employee

Hardin, Gurley
P O Box 421
Des Plaines, IL  60016

Laredo CSC
10227 Crossroads Loop Suite G
Laredo, TX  78045

Ulanski, Larry
400 E South Water Street #4502
Chicago, IL  60601

Nicor (82-79-51-3910 2)
PO Box 0632
Aurora, IL 60507 0632

Obas, Michelin
45 Oakcrest Rd
Hyde Park, MA  02136

Digital Fusion
3535 Hayden Ave Ste 100
Culver City, CA  90232

Hardin, Gurley
PO Box 421
Des Plaines, IL 60016

27 Notch
6057 Selma Ave
Los Angeles, CA  90028

Washington Gas 3598551434
PO Box 17641
Baltimore, MD  21297 1641

AT&T 630 860-0556 556 0
PO Box 4520
Carol Stream, IL  60197 4520

AT&T 630 860-5168 168 3
PO Box 4520
Carol Stream, IL  60197-4520

Benavides, Margarita
600 W 136th Street Apt 4A
New York, NY  10031

AT&T 415 643-6255 593 6
Payment Center
Sacramento, CA  95887 0001

Szymanski, Dan
429 Kearney St
El Cerrito, CA  94530

Hydrex Pest Control Co
3073 Long Beach Blvd
Long Beach, CA  90807

Sto-Fen Wholesale
PO Box 253
Santa Cruz, CA  95061

Doan, Sophia
29 Savin Hill Ave
Dorchester, MA  02125

United Global Logistics Inc
1475 E Thorndale Ave Unit D
Itasca, IL  60143

AT&T 415 643-6261 626 6
Sacramento, CA

Lindfors, Thomas
1500 County Rd C Star
Prairie, WI  54026-5301

Little Giant Lighting & Grip
682 S. Van Ness
San Francisco, CA  94110

Patykewich, Leslie
312 Shepherd St NW
Washington, DC  20011-4812

Synter Resource Group LLC

P O Box 63247 North
Charleston, SC  29419 3247

Bienvenu, Judith A
5809 Sachem Dr
Forest Heights, MD  20745

Bland, Alfred
282 West 118 Street Apt 4R
New York, NY  10026

Schneider, Pam
2432 N Riverside Drive
Santa Ana, CA  90028

San Diego County
P O Box 129009
San Diego, CA  92112

Fed Ex (Misc) Multi Pay
No Address

Agnez, Xavier
12805 Leahy Dr
Rockville, MD  20851

Coker, Clay
39252 Winchester Road Ste 107 399
Murrieta, CA  92563

Stepanian, Garen
5750 Bou Avenue #1612
Rockville, MD  20852

Timesavers Inc
1635 Pediatric Dr Ste 100
Jasper, AL  35501

Fries,George
2205 Bucknell Ter.
Silver Spring, MD  20902

Laura Roeper
1442 N Bosworth
Chicago, IL  60642

Bresnahan, Ryan
No Address

Keane, Gabriela
1000 Irving Ave
Syracuse, NY  13210

Enders,Johna
18429 Wachs Terr
Olney, MD  20832

Haas, Barbara
2700 Calvert St NW
Washington, DC  20008

Arrowhead Direct
No Address
Woburn, MA

Patel, Ankit
35 Harrison Lane
Streamwood, IL  60107

Gregson, Alex
5026 W Gunnison Apt#1
Chicago, IL  60630

Jaf Business MaiL Entry
380 W 33rd Street Rm 4503
New York, NY  10199

Centurylink
P O Box 52187
Phoenix, AZ  85072-2187

Vitec Videocom
709 Executive Blvd
Valley Cottage, NY  10989

Werlin, Harold E.
20 Winslow Rd.
Winchester, MA  01890

Recognition Systems Inc.
30 Harbor Park Dr.
Fort Washington, NY  11050

Pappas, Thomas
No Address

Verizon 280442641-00001
P O Box 790406
St Louis, MO  63179 0406

Marascalco, Megan
No Address

Panasonic Inc.
One Panasonic Way
Secaucus, NJ  07094

Synnex Pro Av Sales
39 Pelham Ridge Rd
Greenville, SC 29615

Pentax Corporation
600 12th Street Suite 300
Golden, CO  80401

Nik Software, Inc
7588 Metropolitan Drive
San Diego, CA  92108

Kino Flo Inc
2840 N. Hollywood Way
Burbank, CA  91505

Mola Inc.
27 Crossovers St
Toronto Ontario M4E 3X2
CANADA

Nikon (Repairs)
841 Appollo St Ste 100

El Segundo, CA  90045

Portapower (HK) Ltd
Flat 106 107 1F Hopeful Factory Centre
10 16 Wo Shing St
Fotan NT
HONG KONG

RTS
40 11 Burt Drive
Deer Park, NY  11729

Carroll Brian M
654 Waterbury Dr
Aurora, IL  60504

Wacom Technology Corp.
1311 SE Cardinal Court
Vancouver, WA 98683

Garcia Claudio Gabriel
Employee

Summit Distribution
6290 Northern Blvd East
Norwick, NY  11732

Redrock Micro
5230 Kelly Drive
Roanoke, TX  76262

Fuzhou F&V Photographic Equip
C Building No 71 Fuguang Road
Fuxing Industrial Develeopment
Fuzhou 350015
CHINA

Li-Fei Photographic Equipment
Er-Jia Village Bai Gan St. Road
Shang Yu Zhejiang
CHINA

Minox USA
741 Main St
Claremount, NH  03743

Nikon (Main Vendor)
1300 Walt Whitman Rd
Melville, NY  11747

Office of the U.S. Trustee
219 S. Dearborn, Room 873
Chicago, IL 60604

Illinois Department of Revenue
Bankruptcy Section - Level 7-425
100 West Randolph
Chicago, IL 60601

Internal Revenue Service
Mail Stop 5110 CHI
230 South Dearborn
Chicago, IL 60604

Securities & Exchange Commission

Chicago Regional Office
175 W. Jackson Blvd., Suite 900
Chicago, IL 60604

Neal Gerber & Eisenberg LLP
Attn: Mark Berkoff & Nicholas Miller
Two N. LaSalle Street, Suite 1700
Chicago, IL 60602

Redridge Finance Group, LLC
c/o Katten Muchin Rosenman LLP
Attn: Jeffrey L. Elegant
525 W. Monroe Street
Chicago, IL 60661

Calumet Photographic, Inc.
900 W. Bliss Street
Chicago, IL 60642

Calumet International Inc.
900 W. Bliss Street
Chicago, IL 60642

Calumetphoto.com, LLC
900 W. Bliss Street
Chicago, IL 60642

Calumet Logistics, LLC
900 W. Bliss Street
Chicago, IL 60642

Fidelity Manufacturing Co.
900 W. Bliss Street
Chicago, IL 60642

Zone VI Stuidos, Inc.
900 W. Bliss Street
Chicago, IL 60642